**Joseph YGLESIAS, Appellant, v. GULF-STREAM PARK RACING ASSOCIA-TION, Inc., Appellee.**

No. 14073.

United States Court of Appeals Fifth Circuit.

Jan. 29, 1953.

Herbert A. Warren, Jr., J. M. Flowers, Hilton R. Carr, Jr., Miami, Fla., for appellant.

W. G. Ward, Miami, Fla., for appellee.

Before HUTCHESON, Chief Judge, and STRUM and RIVES, Circuit Judges.

PER CURIAM.

Affirmed on authority of Yglesias v. Gulfstream Park Racing Ass'n, Inc., 5 Cir., 201 F.2d 817.

RIVES, Circuit Judge, dissents.